**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAMIAN E. GRIFFIN, | No. 17-16295 |
| Plaintiff-Appellant, | D.C. No. 1:15-cv-01361-BAM |
| v. | |
| DAVID LONG, Warden; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Barbara McAuliffe, Magistrate Judge, Presiding

Submitted January 16, 2018[**]

Before:  REINHARDT, TROTT, and HURWITZ, Circuit Judges.

Damian E. Griffin, a California state prisoner, appeals pro se from the

magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging due

process violations related to deductions from his inmate trust account. We have

jurisdiction under 28 U.S.C. § 1291. We review de novo whether the magistrate

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Griffin consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then screened and dismissed Griffin's action before the named defendants had been served. *See* 28 U.S.C. §§ 1915A(a), 1915(e)(2)(B)(ii). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**